# United States Court of Appeals
## For the First Circuit

No. 00-1543
No. 00-1568

JOHN CLAUSON,

Plaintiff, Appellee/Cross-Appellant,

v.

NEW ENGLAND INSURANCE COMPANY,

Defendant, Appellant/Cross-Appellee.

ERRATA

The opinion of this court issued June 22, 2001, is amended as follows:

On page 12, lines 16-17, replace "Indeed, NEIC conceded at oral argument that the court's interpretation was reasonable." with the following:

Indeed, at oral argument, while maintaining that the court's interpretation was, from its point of view, incorrect, NEIC also acknowledged that "the meaning works," conceding, in effect, that the reading offered by the district court was a reasonable response to the language of the policy.